# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

IN RE: §
§
SOUTH CENTRAL HEALTH § Case No. 00-90436
SERVICES, INC., dba Pinelands Hospital §
    Debtor § Chapter 7

## MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, DANIEL J. GOLDBERG, the appointed Trustee in the above mentioned bankruptcy case, and files this Motion to Deposit Funds Into the Court Registry in the above mentioned Chapter 7 Case.

On April 13, 2004, funds were disbursed to creditors as per the Order Allowing Trustee's Final Application For Compensation And Approving Trustee's Final Report And Proposed Distribution filed on March 29, 2004.

Since the funds were disbursed, the U.S. Postal Service has returned three checks as being unable to forward . The checks returned to the Trustee are: Mediscribe Corp. in the amount of $5,442.11, Terry D. Brown in the amount of $821.08, and Linda B. Webster in the amount of $2,709.75.

WHEREFORE, Trustee requests that said funds be deposited into the Court Registry upon approval of this Court.

Djg\Trustee\pinelands\returned checks\Court Registry

Dated this the 8th day of June, 2004.

                                            Respectfully submitted,

                                            /S:/DANIEL J. GOLDBERG
                                            Daniel Jacob Goldberg - #08075000
                                            2 Riverway, Suite 700
                                            Houston, TX 77056
                                            Tel: (713) 626-1200
                                            Fax: (713) 623-6014
                                            Email: dgoldberg@rossbanks.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all parties of interest by electronic means or by depositing the same into the United States Mail, postage prepaid, on this the 9th day of June, 2004.

U.S. Trustee's Office
110 N. College Ave., Suite 300
Tyler, TX 75702

South Central Health Services, Inc.
dba Pinelands Hospital
PO Box 209
Fort Washington, PA 19034

Stephen J. Zayler
PO Box 150743
Lufkin, TX 75915-0743

Notice of Appearance:
Nacogdoches County CAD
c/o Lee Gordon
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
1949 South IH 35 (78741)
PO Box 17428
Austin, TX 78760-7777

                                            /S:/DANIEL J. GOLDBERG
                                            Daniel Jacob Goldberg