# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

IN RE: §
　　　　　　　　　　　　　　　　§
SOUTH CENTRAL HEALTH　　　　§　　　Case No. 00-90436
SERVICES, INC., dba Pinelands Hospital§
　　Debtor　　　　　　　　　　　§　　　Chapter 7


## ORDER ON TRUSTEE'S MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY

ON THIS DAY came to be considered the Motion to Deposit Funds Into Court Registry in the above mentioned Chapter 7 Bankruptcy Case. The Court finds that it is in the best interest of the Estate that said funds be deposited into the Court Registry.

IT IS THEREFORE, ORDERED that the returned funds received by Daniel J. Goldberg, Chapter 7 Trustee for the Estate of South Central Health Services, dba Pinelands Hospital by Mediscribe Corp. in the amount of $5,442.11, Terry D. Brown in the amount of 821.08, and Linda B. Webster in the amount of $2,709.75, be deposited into the Court Registry.

Signed on this the ___ day of _____, 2004.


　　　　　　　　　　　　　　　　　　　　　　　HON. BILL PARKER
　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE